UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEE SWEET CITRUS GROWERS COOPERATIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> VILLA PRODUCE, INC., et.al., <br><br> Defendants. | No.  1:26-cv-02814-KES-SKO <br><br> ORDER GRANTING PRELIMINARY INJUNCTION <br><br> Docs. 5, 8 |

On April 20, 2026, plaintiff Bee Sweet Citrus Growers Cooperative, Inc. ("Bee Sweet") moved ex parte for a temporary restraining order seeking injunctive relief to enjoin defendants Villa Produce, Inc. ("Villa Produce") and Jesus Villarreal from dissipating, transferring, encumbering, selling, assigning, or otherwise disposing of assets Bee Sweet contends are subject to a statutory trust imposed by Section 5(c) of the Perishable Agricultural Commodities Act, 1930, as amended, 7 U.S.C. § 499e(c) ("PACA").  Doc. 5.

The Court granted in part and denied in part Bee Sweet's ex parte application for temporary restraining order on April 24, 2026.  Doc. 8.  The application was denied without prejudice to the extent it sought injunctive relief to freeze assets or accounts held in a personal capacity by Jesus Villarreal and was otherwise granted.  *Id.* at 8–9.  The Court ordered defendants to show cause why a preliminary injunction should not issue and set a briefing schedule.  *Id.*

1

Defendants have not filed a response to the order to show cause or otherwise appeared in this action despite having been served with the Court's order. *See* Doc. 9. The Court held a hearing on May 8, 2026. For the reasons set forth at the hearing and in the Court's order granting in part and denying in part Bee Sweet's ex parte application for temporary restraining order, Doc. 8, the Court finds that the requirements for issuing a preliminary injunction are met as to Villa Produce and enters a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a).[1]

Villa Produce, Jesus Villarreal in his official capacity as an officer and/or shareholder of Villa Produce, and Villa Produce's officers, directors, shareholders, employees, agents, bankers, subsidiaries, successors, assignees, principals, attorneys, and persons acting in concert with them shall be and hereby are restrained and prevented from transferring, withdrawing or in any other manner removing trust assets held pursuant to 7 U.S.C. § 499e et seq., and all funds in banking accounts held by or on behalf of Villa Produce.

The Court orders that, pending a final disposition of this matter, Villa Produce, Jesus Villarreal in his official capacity as an officer and/or shareholder of Villa Produce, and Villa Produce's owners, officers, directors, shareholders, employees, agents, bankers, subsidiaries, successors, assignees, principals, assignors, attorneys, and persons acting in concert with them, shall be restrained and prevented from engaging in, committing, or performing directly and indirectly all of the following acts:

1. Removing, withdrawing, transferring, or assigning to any other person or entity, the proceeds from the sales of any or all prior, existing, or future inventories of food or other business products, and otherwise disposing of assets, accounts, books, or funds belonging to Villa Produce;

2. Taking any other action whatsoever which causes, has the effect of causing, or which otherwise dissipates Bee Sweet's beneficiary interest in funds or assets held by or on behalf of Villa Produce.

---

[1] Bee Sweet's oral request at the hearing to expand the injunctive relief to include Jesus Villarreal in his personal capacity is denied, without prejudice to Bee Sweet renewing its request based on additional evidence following the expedited discovery that is being authorized by separate court order.

Bee Sweet's counsel is ordered to serve a copy of this order promptly on defendants and to file a proof of service on the docket by May 12, 2026.

The PACA trust assets subject to Bee Sweet's claims serve as sufficient security for this preliminary injunction pursuant to Federal Rule of Civil Procedure 65(c).

IT IS SO ORDERED.

Dated:   May 8, 2026   

_____
UNITED STATES DISTRICT JUDGE

3