Sarabian Law, A.P.C.
Jacob S. Sarabian, #322108
  *jsarabian@sarabianlaw.com*
Joshua P. Jendian, #357858
  *jjendian@sarabianlaw.com*
7471 N. Remington Avenue, Suite 101
Fresno, California 93711
Telephone:    (559) 710-1201

Attorneys for
Bee Sweet Citrus Growers Cooperative, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BEE SWEET CITRUS GROWERS COOPERATIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VILLA PRODUCE, INC.; JESUS VILLARREAL, an individual,<br><br>Defendants. | Case No. 1:26–CV–02814–KES–EGC<br><br>[~~PROPOSED~~] **CLERK'S DEFAULT JUDGMENT**<br><br>**FRCP 55(b)(1)** |

This matter is before the Clerk on the Request for Entry of Default Judgment by Clerk filed by Plaintiff BEE SWEET CITRUS GROWERS COOPERATIVE, INC. ("Plaintiff") pursuant to Federal Rule of Civil Procedure 55(b)(1).

The Clerk having entered default against Defendants Villa Produce, Inc. and Jesus Villarreal on May 22, 2026, and May 25, 2026 (Docs. 17–18); the claims being for a sum certain or for a sum that can be made certain by computation; neither Defendant being a minor or incompetent person; neither Defendant being in the military service of the United States; and the requirements of Rule 55(b)(1) being satisfied:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff Bee Sweet Citrus Growers Cooperative, Inc. as follows:

1071.0   00046184.000                          7

1.    On the First Claim for Relief (Enforcement of USDA Reparation Order, 7 U.S.C. § 499g(b)), judgment is entered against Defendant VILLA PRODUCE, INC. in the amount of $46,393.90 in principal damages; pre-judgment interest at the rate of 18% per annum from October 1, 2025 through the date of this Judgment in the amount of $_____; and $500.00 representing Plaintiff's USDA handling fee under 7 U.S.C. § 499e(a).

2.    On the Second Claim for Relief (Breach of PACA Statutory Trust, 7 U.S.C. § 499e(c)), judgment is entered against Defendants VILLA PRODUCE, INC. and JESUS VILLARREAL, jointly and severally, in the amount of $46,393.90 in principal damages and pre-judgment interest at the rate of 18% per annum from October 1, 2025, through the date of this Judgment in the amount of $_____.

3.    Plaintiff is entitled to one satisfaction of the $46,393.90 principal and pre-judgment interest amounts set forth above. Defendants VILLA PRODUCE, INC. and JESUS VILLARREAL are jointly and severally liable for the principal and pre-judgment interest set forth in paragraphs 1 and 2.

4.    Post-judgment interest shall accrue on the total amount of this Judgment from March 10, 2026, until paid in full at the rate of 3.56% per annum.

5.    Plaintiff's request to tax costs under 28 U.S.C. § 1920 is reserved for determination by separate motion pursuant to Local Rule 292.

6.    Plaintiff's request for reasonable attorneys' fees under 7 U.S.C. § 499g(b) is reserved for determination by separate motion pursuant to Local Rule 293.

**TOTAL JUDGMENT: $** 46,893.90

Dated: June 8     , 2026          By: _____
                                        Keith Holland, Clerk
                                        Deputy Clerk of the Eastern District of California

1071.0   00046184.000                              8

REQUEST FOR ENTRY OF DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANTS VILLA PRODUCE, INC. AND JESUS VILLARREAL